JOHN K. GALLAGHER, ESQ.
Nevada Bar No. 000956
BRIAN J. SAEMAN, ESQ.
Nevada Bar No. 7892
GUILD, RUSSELL, GALLAGHER
& FULLER, LTD
100 West Liberty, Suite 800
P.O. Box 2838
Reno, Nevada 89505
(775) 786-2366
(775) 322-9105 (Facsimile)
jgallagher@grgflaw.com
baseman@grgflaw.com

KATHERINE M. DUGDALE
(admitted *pro hac vice*)
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399
KDugdale@perkinscoie.com

Attorney for Plaintiff MICROSOFT CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICGEEK.COM LLC, a Nevada limited liability company; KIRK FRANTZ, an individual; DYLAN FRANTZ, an individual, and MARK FRANTZ, an individual,<br><br>Defendants. | Case No. 2:10-cv-00174<br><br>STIPULATED PERMANENT INJUNCTION AGAINST DEFENDANTS |

Pursuant to the stipulation of Plaintiff Microsoft Corporation ("Microsoft"), and Defendants PacificGeek.com LLC, a Nevada limited liability company, and Kirk Frantz, an individual (collectively, "Defendants"), the Court hereby orders that Defendants, along with their directors, principals, officers, agents, servants, employees, representatives, successors and

assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are **PERMANENTLY ENJOINED** and restrained from:

    (a)    imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

        (1)    1,200,236 ("MICROSOFT");

        (2)    1,256,083 ("MICROSOFT");

        (3)    1,872,264 ("WINDOWS"); and

        (4)    2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

        (1)    TX 5-407-055 ("Windows XP Professional");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

    (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

    (c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

    (d)    using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software,

1  component, EULA, item, or thing has been manufactured, produced, distributed, offered for
2  distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or
3  for Microsoft, when such is in fact not true;

4      (e)    using the names, logos, or other variations thereof of any of Microsoft's
5  copyright and/or trademark-protected software programs in any of Defendant's trade or corporate
6  names;

7      (f)    engaging in any other activity constituting an infringement of any of
8  Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use
9  or to exploit these trademarks, service mark, and/or copyrights or constituting any dilution of
10 Microsoft's name, reputation, or goodwill; and

11     (g)    assisting, aiding, or abetting any other person or business entity in engaging in or
12 performing any of the activities referred to in paragraphs (a) through (f) above.

**IT IS SO STIPULATED.**

DATED: September 14, 2011     PACIFICGEEK.COM, LLC

By: _____

DATED: September 14, 2011     KIRK FRANTZ

By: _____

DATED: September 22, 2011     MICROSOFT CORPORATION, a Washington corporation

By: Benjamin O. Orndorff
Assistant Secretary

**IT IS SO ORDERED.**

DATED: September 29, 2011.

_____
HON. ROGER L. HUNT
UNITED STATES DISTRICT JUDGE

41826-5312/LEGAL21708478.1     -3-     STIPULATED PERMANENT INJUNCTION

Approved as to Form:

Dated: September __, 2011

KELLEHER & KELLEHER

By: _____
John Kelleher

Attorneys for Defendants
PACIFICGEEK.COM LLC, KIRK FRANTZ,
DYLAN FRANTZ, and MARK FRANTZ

Dated: September __, 2011

PERKINS COIE LLP

By: _____
Katherine M. Dugdale, (admitted *pro hac vice*)

GUILD, RUSSEL, GALLAGHER, & FULLER, LTD

John K. Gallagher, Esq.

Attorneys for Plaintiff MICROSOFT CORPORATION